**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ja'Quetrice Tanekka Putman, Brandon Lafredzo
Robinson, and Marquies Lamar Cunningham,
Defendants,

Of whom Ja'Quetrice Tanekka Putman is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-001204

———————

Appeal From Laurens County
Matthew P. Turner, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-201
Submitted May 12, 2022 – Filed May 13, 2022

———————

**AFFIRMED**

———————

Heather Vry Scalzo, of Byford & Scalzo, LLC, of
Greenville, for Appellant.

Ashley Phillips Case, of Fountain Inn, for Respondent.

Marcus Wesley Meetze, of Law Office of Marcus W. Meetze, LLC, of Simpsonville, for the Guardian ad Litem.

———————

**PER CURIAM:** Ja'Quetrice Tanekka Putman appeals the family court's final order terminating parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Putnam's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.